■ In the Matter of EDWARD S. SILVER, as District Attorney of the County of Kings, Petitioner, against J. JEROME OLITT, Respondent.— Motion by petitioner to confirm report of the Official Referee finding that the charges of professional misconduct embraced in specifications a, b, d, e, g and h have not been sustained; finding that the charges of professional misconduct embraced in specifications c and f have been sustained; and recommending that respondent be censured. Motion granted to the extent of confirming the findings of the Official Referee with respect to all of the specifications except g and h. We find that the charges contained in specifications g and h are sustained by the proof. On the basis of the proof in support of the four specifications, c, f, g and h, it is our opinion that the respondent's misconduct is of such serious import as to warrant his suspension for a period of two years. Accordingly, respondent is suspended from the practice of law for a period of two years. Nolan, P. J., Ughetta, Christ and Pette, JJ., concur; Beldock, J., concurs, except that he dissents as to confirmation of the Referee's report with respect to specification e, and except that he dissents as to the two-year suspension;

and votes to sustain the charge in specification e and to disbar respondent, with the following memorandum: Even if specification e be omitted, nevertheless the affirmative findings of guilt and the proof with respect to specifications c, f, g and h, demonstrate that respondent lacks the requisite character and fitness to remain a member of the Bar. Hence, it is my opinion that he should be permanently disbarred, and not temporarily suspended.